**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
E-Mail: kgrombacher@bradleygrombacher.com

**AYLSTOCK, WITKIN, KREIS**
**& OVERHOLTZ, PLLC**
S. Mary Liu (CA Bar No. 282884)
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Fax: (850) 916-7449
Email: mliu@awkolaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GILBERT QUIJADA JR., JEFFREY PHILLIPS, and KIMBERLY PHILLIPS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>TRAJECTOR, INC., and TRAJECTOR MEDICAL, LLC, formerly known as VET COMP AND PEN MEDICAL CONSULTING, LLC,<br><br>Defendants. | DECLARATION OF GILBERT QUIJADA JR. PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)<br><br>Case No.: _____ |

- 1 -
DECLARATION PURSUANT CALIFORNIA CIVIL CODE SECTION 1780(d)

I, Gilbert Quijada, Jr., declare under penalty of perjury as follows:

1.    I am one of the plaintiffs in this action.  I make this affidavit pursuant to California Civil Code section 1780(d).

2.    The Complaint in this action is filed in the proper place for trial under Civil Code section 1780(d) because I reside in the City and County of Los Angeles which is located within this District.

3.    Further, a substantial portion of the events alleged in the Complaint occurred in this District, and Defendants advertised, marketed, provided services, and otherwise transacted business within this District.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed in Los Angeles County, California on 04/08/2026 _____.


_____
Gilbert Quijada (Apr 8, 2026 13:36:12 PDT)
Gilbert Quijada, Jr.

- 2 -
DECLARATION PURSUANT CALIFORNIA CIVIL CODE SECTION 1780(d)